Form B1, p.1 (04/13)    Blumberg Excelsior, Inc., Publisher, NYC 10013

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| District of **New Jersey** | |

| Name of Debtor(if individual, enter Last, First, Middle): JCBG INCORPORATED | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the debtor in the last 8 years (include maiden and trade names): Coastline Restaurant Coastline Bar and Resta Coastline Bar and Gri | All Other Names used by the joint debtor in the last 8 years (include maiden and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): 22-2193575 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |

| Street Address of Debtor (No. & Street, City and State): 1240 Brace Road | ZIP CODE | Street Address of Joint Debtor (No. & Street, City and State): | ZIP CODE |
|---|---|---|---|
| Cherry Hill NJ | 08002 | | |

| County of Residence or of the Principal Place of Business: Camden | County of Residence or of the Principal Place of Business: |
|---|---|
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| | ZIP CODE | | ZIP CODE |
|---|---|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |
|---|---|

**Type of Debtor (Form of Organization)**
(Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Tax-Exempt Entity**
(Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (*the Internal Revenue Code*).

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. §101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed**
(Check one box)
- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 9
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts (check one box)**
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☒ Debts are primarily business debts.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C.§101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. §101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors in accordance with 11 U.S.C. § 1126(b).

**Filing Fee**  (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee Waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds for distribution to unsecured creditors

THIS SPACE FOR COURT USE ONLY

| Estimated number of Creditors | 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Form B1, p.2 (04/13)**



**Blumberg**Excelsior, Inc., Publisher, NYC 10013

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>JCBG INCORPORATED |
|---|---|

| **All prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)** |||
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.   I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.<br><br>/s/ Dino S. Mantzas _____    06/30/2015 ___<br>Signature of Attorney for Debtor(s).                Date: |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☒ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a seperate Exhibit D.)<br><br>☐ Exhibt D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made part of this petition. |

| **Information Regarding the Debtor-Venue**<br>(Check any applicable box) |
|---|
| ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately proceeding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business, or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>*(Check all applicable boxes)* |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>Name of landlord that obtained judgment:<br><br><br>Address of landlord:<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. & 362(1)). |

Form B1, p.3 (04/13)        **Blumberg** *Excelsior, Inc., Publisher, NYC 10013*

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>JCBG INCORPORATED |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.<br><br>I request relief in accordance with the chapter title 11, United States Code, specified in this petition.<br><br>X _/s/ Dawn Mourtos_<br>    Signature of Debtor<br><br>X _____<br>    Signature of Joint Debtor<br><br>    Telephone Number (If not represented by attorney)<br>_____ 06/30/2015<br>    Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐    I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by §1515 of title 11 are attached.<br><br>☐    Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br><br>    (Signature of Foreign Representative)<br><br>    (Printed Name of Foreign Representative)<br><br>06/30/2015<br>Date |

| **Signature of Attorney** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X _/s/ Dino S. Mantzas_<br>    Signature of Attorney for Debtor(s)<br>    Printed Name of Attorney for Debtor(s)<br>Dino S. Mantzas, Esquire<br>    Firm Name<br><br>    Address<br>701 Route 73 N. Suite 1<br>Marlton, NJ   08053<br>    Telephone Number<br>(856) 988-0033<br>    Date 06/30/2015<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.* | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in U.S.C. §110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor as required in that section. Official Form 19B is attached.<br><br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social Security number(If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. §110.)<br>Address<br><br>X _____<br>Date 06/30/2015<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

| **Signature of Debtor(Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X President<br>    Signature of Authorized Individual<br>President<br>    Printed Name of Authorized Individual<br><br>    Title of Authorized Individual<br><br>Date 06/30/2015 | |

Form B6 SUM  (12/14)        **Blumberg**Excelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF   New Jersey

In re: JCBG INCORPORATED                          Debtor(s)  Case No.
                                                  Chapter 11

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I and  J in  the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data"  if they file a case under chapter 7, 11, or 13.

| Name of Schedule | Attached (Yes/No) | Number of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | x | 1 | 2550000.00 | | |
| B - Personal Property | x | 6 | 1178500.00 | | |
| C - Property Claimed as Exempt | x | 1 | | | |
| D - Creditors Holding Secured Claims | x | 1 | | 3538927.67 | |
| E - Creditors Holding Unsecured Priority Claims | x | 1 | | 85000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | x | 10 | | 1,074,508.69 | |
| G - Executory Contracts and Unexpired Leases | x | 1 | | | |
| H - Codebtors | x | 1 | | | |
| I  - Current Income of Individual Debtor(s) | x | 2 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | x | 3 | | | 0.00 |
| Total Number of Sheets of All Schedules | | 27 | | | |
| Total Assets | | | 3728500.00 | | |
| Total Liabilities | | | | 4698436.36 | |

Form B6, S2, (12/14)          **Blumberg**Excelsior, Inc., Publisher, NYC 10013

# United States Bankruptcy Court
## District Of New Jersey

In re: JCBG INCORPORATED

Debtor(s)          Case No.

Chapter    11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $            NA |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $            NA |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $            NA |
| Student Loan Obligations (from Schedule F) | $            NA |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $            NA |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $            NA |
| TOTAL | $            NA |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I Line 12) | $            NA |
| Average Expences (from Schedule J, Line 22) | $            NA |
| Current Monthly Income (from Form 22A Line 12; **OR** Form 22B Line 11; **OR,** Form 22C Line 20) | $            NA |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "Unsecured Portion, IF ANY" column | | $            NA |
| 2. Total fromSchedule E, "AMOUNT ENTITLED TO PRIORITY, IF ANY" column | $            NA | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $            NA |
| 4. Total from Schedule F | | $            NA |
| 5. Total from non-priority unsecured debt (sum of 1, 3, and 4) | | $            NA |

**Form B6 A  (12/07)**   **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re:JCBG  INCORPORATED                                      Debtor(s) Case No.                    (if known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1240 Brace Road, Cherry Hill, New Jersey | Fee simple | | 2,550,000.00 | 3,538,927.67 |
| | | | Total -> $2,550,000.00 | (Report also on Summary of Schedules) |

**Form B6 B  (12/07)**  Blumberg Excelsior, Inc., Publisher, NYC 10013

In re:  JCBG  INCORPORATED                           Debtor(s)    Case No.              (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 01  Cash on hand | x | | | |
| 02  Checking savings or other financial accounts certificates of deposit or shares in banks savings and loan thrift building and loan and homestead associations or credit unions brokerage houses or cooperatives. | | Parke Bank, 601 Delsea Drive, Sewell, NJ Checking Acct No. 9000099714 | | 6,000.00 |
| | | Investor's Bank, 951 Marlton Pike E., Cherry Hill, NJ Acct No. 1177915 - General Checking Acct No.  1189077 - Payroll account | | 5,500.00 |
| 03  Security Deposits with public utilities telephone companies landlords and others. | x | | | |
| 04  Household goods and furnishings including audio video and computer equipment. | x | | | |
| 05  Books; pictures and other art objects; antiques; stamp coin record tape compact disc and other collections or collectibles. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->    11,500.00

_____ Continuation sheets attached

**Form B6 B  (12/07)**    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re:  JCBG INCORPORATED                                    Debtor(s)    Case No.                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 06  Wearing apparel. | x | | | |
| 07  Furs and jewelry. | x | | | |
| 08  Firearms and sports photographic and other hobby equipment. | x | | | |
| 09  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10  Annuities. Itemize and name each issuer. | x | | | |
| 11  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1) Give particulars.(file separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | x | | | |
| 12  Interests in IRA ERISA Keogh or other pension or profit sharing plans. Give particulars. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->    11,500.00

_____  Continuation sheets attached

**Form B6 B  (12/07)**    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re:  JCBG INCORPORATED                                    Debtor(s)    Case No.                            (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13 Stock and interest in incorporated and unincorporated businesses. Itemize. | x | | | |
| 14 Interest in partnerships or joint ventures. Itemize. | x | | | |
| 15 Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | |
| 16 Accounts receivable. | x | | | |
| 17 Alimony maintenance support and property settlements to which the debtor is or may be entitled. Give particulars. | x | | | |
| 18 Other liquidated debts owing debtor including tax refunds. Give particulars. | x | | | |
| 19 Equitable or future interests life estates and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A of Real Property. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->    | 11,500.00 |

_____ Continuation sheets attached

Form B6 B  (12/07)   Blumberg Excelsior, Inc., Publisher, NYC 10013

In re:  JCBG INCORPORATED                                    Debtor(s)   Case No.                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20  Contingent and non-contingent interests in estate of a decedent death benefit plan life insurance policy or trust. | x | | | |
| 21  Other contingent and unliquidated claims of every nature including tax refunds counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | x | | | |
| 22  Patents copyrights and other general intellectual property. Give particulars. | x | | | |
| 23  Licenses franchises and other general intangible. Give particulars. | | Plenary Retail Consumption Liquor License issued by Cherry Hill, New Jersey | | 1,050,000.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->

_____ Continuation sheets attached

1,061,500.00

**Form B6 B  (12/07)**    BlumbergExcelsior, Inc., Publisher, NYC 10013

In re:  JCBG INCORPORATED                                    Debtor(s)    Case No.                (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24 Customer lists or compilations containing personally identifiable information (as defined in 11U.S.C. §101(41A)) provided by individuals connected with obtaining product or service from the debtor primarily for personal family or household purposes. | x | | | |
| 25 Automobiles trucks trailers and other vehicles and accessories. | x | | | |
| 26 Boats motors and accessories. | x | | | |
| 27 Aircraft and accessories. | x | | | |
| 28 Office equipment furnishings and supplies. | | Office equipment | | 1,000.00 |
| 29 Machinery fixtures equipment and supplies used in business. | | Furniture, fixtures and equipment | | 100,000.00 |
| 30 Inventory. | | Inventory | | 16,000.00 |
| 31 Animals. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->    1,178,500.00

_____ Continuation sheets attached

**Form B6 B  (12/07)**    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re:  JCBG INCORPORATED                                    Debtor(s)    Case No.                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32  Crops-growing or harvested. Give particulars. | x | | | |
| 33  Farming equipment and implements. | x | | | |
| 34  Farm supplies chemicals and feed. | x | | | |
| 35  Other personal property of any kind not already listed. Itemize. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->    1,178,500.00

_____ Continuation sheets attached

**Form B6 C (04/13)** Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: JCBG INCORPORATED                                                    Debtor(s)   Case No.                    (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**Debtor claims the exemptions to which debtor is entitled under:**

☐ 11 U.S.C. § 522(b)(2)

☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
|  |  |  |  |

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Form B6 D  (12/07)     **Blumberg** Excelsior, Inc., Publisher, NYC 10013

In re: JCBG INCORPORATED                                    Debtor(s)  Case No.

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBT | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | CUD* |
|---|---|---|---|---|---|---|
| A/C # | | | VALUE $ 2,550,000.00 | 3,538,927.67 | | |
| Parke Bank 601 Delsea Drive Sewell, NJ  08080 | | | First mortgage and security interest on 1240 Brace Road, Cherry Hill, NJ and cash collateral | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| | | | Subtotal -> (Total of this page) | 3,538,927.67 | 0.00 | |
| | | | Total -> | 3,538,927.67 | 0.00 | |

_____  Continuation Sheets attached. (use only on last page of the completed Schedule D.)

(Report total also on Summary of Schedules)     (If applicable, Report also on Statistical Summary of Certain Liabilities and Related Data.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

Form B6 E  (04/13)    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: JCBG INCORPORATED    Debtor(s)    Case No.    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $12,475* per employee, earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4)

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7)

☐ **Alimony, Maintenance, or Support**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative od such child, or a governmental unit whom such a domestic support claim was assigned to the extent provided in U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(8)

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for deathe or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intocicated from using alcohol, a drug, or another substance 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2016, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NO. (See Instructions) | CO D E B T | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY / AMT NOT ENTITLED TO PRIORITY, IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C# | | | | | | |
| NJ Attorney General's Office Division of Law P.O. Box 112 Trenton, NJ  08625 | | | Notice | | 0.00 | |
| A/C# | | | | Total ->85,000.00 | 85,000.00 | |
| NJ Division of Taxation 50 Barrack Street P.O. Box 245 Trenton, NJ  08695-0245 | | | Taxes | | Total -> 0.00 | |
| A/C# | | | | | | |
| State of New Jersey Division of Employer Accounts PO Box 379 Trenton, NJ  08625 | | | | | 0.00 | |

Continuation Sheets attached.

Subtotal -> (Total of this page)    85,000.00    85,000.00
0.00

(Use only on last page of the completed Schedule E.
(Report total also on Summary of Schedules.)    Total ->    85,000.00    85,000.00

(Use only on last page of the completed Schedule E.)    Total ->    0.00
If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

**Form B6 F (12/07)**                    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: JCBG INCORPORATED                                  **Debtor(s)        Case No.**                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 1IHeartMedia Philadelphia 5529 Collectionls Center Chicago, IL  60693 | | | Radio stattion | | 8,700.00 |
| A. Esposito, Inc. PO Box 2421 Philadelphia, PA  19147 | | | Food vendor | | 2,213.98 |
| AT&T PO Box 105068 Atlanta, GA  30348-5068 | | | Telephone service | | 714.52 |
| Allied Business 901 Pleasant Valley Road Mount Laurel, NJ  08054 | | | | | 16,502.15 |
| American Classic 1301 Tuckahoe Road Woodbine, NJ  08270 | | | Food vendor | | 1,111.00 |
| Aqua Products 2703 River Road PO Box 231 Cinnaminson, NJ  08077 | | | Vendor | | 2,710.62 |

<u>    X    </u>
        continuation sheets attached.

Subtotal  $  31,952.27

Total  $  31,952.27

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**Form B6 F (12/07)**      **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: JCBG INCORPORATED                                **Debtor(s)**      **Case No.**                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Baker's Perfection 198 Green Pond Road Rockaway, NJ 07866 | | | Food vendor | | 557.90 |
| Bolan Jahnsen Dacey 830 Broad Street, Suite 4 Shrewsbury, NJ 07702 | | | Attorney's fees for defense of personal injury claim | | 8,777.20 |
| Brown Novick & McKinley 38 North Broad Street Woodbury, NJ 08096 | | | Attorneys for Linda Stokes, personal injury claim | U   D | |
| Carbons Golden Malted 4101 William Richardson D Southbend, IN 46628 | | | Food vendor | | 2,035.00 |
| Carla Jones c/o Gordon & Weinberg 1001 East Hector Street Suite 220 Conshohocken, PA 19428 | | | Personal injury claim | U   D | |
| Cedar Farms 2100 Hornig Road Philadelphia, PA 19116 | | | Food vendor | | 16,143.69 |

<u>  X  </u>  continuation sheets attached.

Subtotal  $  27,513.79

Total  $  59,466.06

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

**Form B6 F (12/07)**  **Blumberg**Excelsior, Inc ., Publisher, NYC 10013

In re: JCBG INCORPORATED                          Debtor(s)      Case No.                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Chanin Ward 423 S. Morton Avenue Rutledge, PA  19070 | | | Elevator repair | | 275.00 |
| Classic Dessert Co. PO Box 179 Eastampton, NJ  08060 | | | Food vendor | | 219.50 |
| Confires 910 Oak Tree Avenue Suite J South Plainfield, NJ  078 | | | Vendor | | 540.35 |
| Cosmic Spice 525 Southwest Boulevard Buena, NJ  08310 | | | Food vendor | | 1,146.37 |
| Courier Post 301 Cuthbert Boulevard PO Box 5300 Cherry Hill, NJ  08002 | | | Newpaper ads | | 4,542.53 |
| Dawn Mourtos 265 Jackson Road Medford, NJ  08055 | | | Loan to Debtor | | 300,000.00 |

X
___ continuation sheets attached.

|  | Subtotal | $ | 306,723.75 |
|---|---|---|---|
|  | Total | $ | 366,189.81 |

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**Form B6 F (12/07)**    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: JCBG INCORPORATED                          Debtor(s)        Case No.              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Del Buono's Bakery 319 Black Horse Pike Haddon Heights, NJ 08035 | | | Food vendor | | 3,401.05 |
| Eleni Schujas c/oCharles H. Nugent, Jr. South Crossing Office Con 530 Lippincot Drvie, Bldg Marlton, NJ 08053 | | | Personal Injury claim  U | D | |
| Federal Wine & Liquor Co PO Box 651 Basking Ridge, NJ 07920 | | | Liquor vendor | | 2,565.40 |
| George Katsikas 101 Stephen Drive Cinnminson, NJ 08077 | | | Food Vendor | | 15,000.00 |
| Helena Balis 18 Lance Court Mullica hill, NJ 08062 | | | Loan to Debtor | | 50,000.00 |
| Hy Point Dairys 425 Beaver Road Valley Wilmington, DE 19803 | | | Food vendor | | 5,866.56 |

X continuation sheets attached.

Subtotal $ 76,833.01
Total $ 443,022.82

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**Form B6 F (12/07)**    **Blumberg** Excelsior, Inc., Publisher, NYC 10013

In re: JCBG  INCORPORATED                                    **Debtor(s)**          **Case No.**                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Independent Alarm<br>7215 Maple Avenue<br>Pennsauken, NJ  08109 | | | Alarm company | | 954.02 |
| Investors Bank<br>101 JKF Parkway<br>Short Hills, NJ  07078 | | | Loan from Roma Bank | | 275,613.71 |
| Island Oasis<br>PO Box 846186<br>Boston, MA  02284 | | | Food Vendor | | 223.00 |
| John D. Benson, Esquire<br>Sirlin Lesser & Benson<br>123 S. Broad Street<br>Philadelphia, PA  19109 | | | Attorney for buyer of real estate - Notice only | | |
| John D. Cranmer, Esquire<br>First Montgomery Group<br>78 East Main Street<br>Marlton, NJ  08053 | | | Attorney for the purchaser of liquor license - Notice only | | |
| Kent/McBride<br>1040 Kings Highway North<br>Suite 600<br>Cherry Hill, NJ  08034 | | | Attorney fees for defense of personal injury claims | | 11,751.07 |

_X_  continuation sheets attached.

Subtotal $ 288,541.80

(Use only on last page of the completed Schedule F.)          Total $ 731,564.62
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

**Form B6 F (12/07)**                    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: JCBG INCORPORATED                    Debtor(s)        Case No.                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Konrad 1320 Hurffville Road PO Box 5396 Deptford, NJ 08096 | | | Liquor vendor | | 1,822.35 |
| Kramer Beer PO Box 470 Hammonton, NJ 08037 | | | Liquor vendor | | 3,285.80 |
| Lacas Coffee 7950 National Highway Pennsauken, NJ 08110 | | | Food vendor | | 1,741.90 |
| Linda Stokes c/o Brown Novick & McKinl 38 North Broad Street Woodbury, NJ 08096 | | | Personal injury claim | | 40,000.00 |
| Malapero Prisco Lauber & 61 South Paramus Road Suite 280 Paramus, NJ 07652 | | | Attorney's fees defending personal injury claims | | 8,255.11 |
| Message Rewards.Com 123 Bridgeton Pike #772 Mullica Hill, NJ 08062 | | | | | 297.00 |

X continuation sheets attached.

Subtotal $ 55,402.16

Total $ 786,966.78

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**Form B6 F (12/07)**    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: JCBG  INCORPORATED                                    Debtor(s)        Case No.                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Myers Commercial Refriger 22 West Lake Drive Medford, NJ  08055 | | | Repair | | 1,637.34 |
| NJ American Water Box 371331 Pittsburgh, PA  15250 | | | Water service | | 27,275.54 |
| Olympic Payroll 64 US Highway 46 Pinebrook, NJ  07058 | | | Payroll service | | 2,100.00 |
| Orkin Pest control 100  Dobbs Lane, NW Suite 207 Cherry Hill, NJ  08034 | | | Pest control | | 770.40 |
| PSE&G PO Box 1444 New Brunswick, NJ  089067 | | | Utility | | 19,820.16 |
| Penn Jersey Paper Co. PO Box 820974 Philadelphia, PA  19182 | | | Paper supplier | | 12,768.22 |

X
___ continuation sheets attached.

Subtotal $ 64,371.66

Total $ 851,338.44

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

**Form B6 F (12/07)**                           **Blumberg**Excelsior, Inc. , Publisher, NYC 10013

In re: JCBG  INCORPORATED                       Debtor(s)      Case No.                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Pepsi Cola<br>PO Box 403684<br>Atlanta, GA  30384 | | | Food vendor | | 5,729.34 |
| Performance PFG<br>301 Heron Drive<br>Swedesboro, NJ  08085 | | | | | 7,978.06 |
| Philadelphia Extract<br>4124 Blanche Road<br>Bensalem, PA  19020 | | | Food vendor | | 462.72 |
| Philadelphia Water Ice.<br>8354-58 State Road<br>Philadelphia, PA  19136 | | | Food vendor | | 1,956.65 |
| Rachel Corey<br>c/o Kearney, Campbell&Bur<br>210 White Horse Pike<br>Haddon Heights, NJ  08035 | | | Personal injury claim.      C<br>Awarded  $135,000 by<br>Arbitrators but it has not<br>been entered as a judgment | D | 135,000.00 |
| Rockland Bakery<br>425 37th Street<br>Pennsauken, NJ  08110 | | | Food supplier | | 1,089.13 |

X
___   continuation sheets attached.                    Subtotal  $   152,215.90

                                                        Total  $   1,003,554.34

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

**Form B6 F (12/07)**    **Blumberg** Excelsior, Inc., Publisher, NYC 10013

In re: JCBG INCORPORATED                              Debtor(s)        Case No.                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Samuel & Son Seafood 3400 S. Lawrence Street Philadelphia, PA 19148 | | | Food vendor | | 2,821.57 |
| Sanitary Linen Supply 1100 6th Avenue Neptune, NJ 07753 | | | Linen service | | 3,430.88 |
| Sesac Inc. 55 Music Saqure East Nashville, TN 37203 | | | Music | | 3,000.00 |
| Sysco Phil., LLC 600 Packer Avenue Philadelphia, PA 19148 | | | Food vendor | | 17,576.47 |
| Township of Cherry Hill 820 Mercer Street Cherry Hill, NJ 08002 | | | Miscellaneous fees | | 2,160.00 |
| U.S. Foods 300 Berkeley Drive Swedesboro, NJ 08085 | | | Food vendor | | 32,611.36 |

X
___ continuation sheets attached.

Subtotal $ 61,600.28

Total $ 1,065,154.62

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

**Form B6 F (12/07)**    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: JCBG INCORPORATED                          **Debtor(s)**        **Case No.**                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Verizon<br>PO Box 4833<br>Trenton, NJ   08650 | | | Telephone Service | | 135.82 |
| Villeco Menu Service<br>100 Gaither Drive, Suite<br>Mount Laurel, NJ   08054 | | | Menus | | 95.23 |
| Wanda Barbieri<br>c/o Spear Greenfield&Rich<br>10,000 Lincoln Drive East<br>One Greentree Centre | | | Personal injury claim        U | D | |
| Warren Distributors<br>200 S. Route 73<br>Blue Anchor, NJ   08037 | | | Liquor vendor | | 5,331.27 |
| Waste Management<br>PO Box 43470<br>Phoenix, AZ   85080 | | | Waste disposal | | 3,791.75 |
| Yvonne Johnson<br>c/o Barry, McTiernan& Wed<br>1024 Amboy Avenue<br>Edison, NJ   08837 | | | Personal injury claim        U | D | |

_____ continuation sheets attached.

Subtotal   $   9,354.07

Total   $   1,074,508.69

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

 **Form B6 G (12/07)**    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: JCBG  INCORPORATED                                    Debtor(s)   Case No.                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Orens Development Co.<br>4415 Chestnut Street<br>Suite 202<br>Philadelphia, PA  19104 | Contract to sell 1240 Brace Road, Cherry Hill, New Jersey |
| The Village at Woodcrest LLC<br>78 E. Main Street<br>Marlton, NJ  08053 | Contract to sell liquor license |
| Rose Commercial Real Estate<br>651 Route 73 N., Suite 111<br>Marlton, NJ  08053 | Listing Agreement for sale of business |
| Markein Chalmers<br>1415 Route 70 East, Suite 500<br>Cherry Hill, NJ  08034 | Co-Broker for sale of business |

**Form B6 H  (12/07)**   **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re:   JCBG INCORPORATED                          Debtor(s)   Case No.                    (if known)

# SCHEDULE H - CODEBTORS

[X] Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |



Form 7 Stmt of Financial Affairs (04/13)    **Blumberg** Excelsior, Inc., Publisher, NYC 10013

# STATEMENT OF FINANCIAL AFFAIRS

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF New Jersey

In re:  JCBG INCORPORATED

Debtor(s)   Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. Sec, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business with in the last 6 years, as defined below, also must complete Questions 19-25. If the answer to any question is "None" or the question is not applicable, mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINATIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, orowner of 5 percent or more of the voting or equity securities of a corporation; a partner other than a limited partner, of a partnership, a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

NONE
|X|   01 INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS

State the gross amount of income the debtor has received from employment trade or profession or from operation of the debtor's business including part-time activities either as an employee or in independent trade or business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains or has maintained financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
|X|   02 INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS

State the amount of income received by the debtor other than from employment trade profession operation of the debtor's business during the two years immediately preceeding the commencement of this case.  Give particulars.  If a joint petition is filed state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

```
NONE
| X |
```
### 03A PAYMENTS TO CREDITORS

List all payments on loans installment purchases of goods or services and other debts to any creditor made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

```
NONE
| X |
```
### 03B PAYMENTS TO CREDITORS

List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $6,225*.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

```
NONE
| X |
```
### 03C PAYMENTS TO CREDITORS

List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

```
NONE
|   |
```
### 04A SUITS AND ADMINISTRATIVE PROCEEDINGS EXECUTION GARNISHMENTS AND ATTACHMENTS

List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT | NATURE OF PROCEEDING | COURT & LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| Rachel Corey v. Coastline Bar & Grille<br>BUR-L-=2504-13 | Personal Injury | Superior Court of NJ<br>Burlington County | Arbitration Award in the sum of $135,000 |
| Carla Jones v. JCBG, Inc.<br>CAM-L-1815-14 | Personal injury | Superior Court of NJ<br>Camden County | Pending |
| Linda Stokes v. Coastline Bar & Grill<br>CAM-L-3979-13 | Personal injury claim | Superior Court of NJ<br>Camden, NJ | Arbitration award in the sum of $45,000. Demand for trial de novo filed |

| | | | |
|---|---|---|---|
| Eleni Schujas v. JCBG, INcC<br>CAM-L-3389-14 | Personal injury<br>claim | Superior Court of<br>NJ<br>Camden County | Pending |
| Wanda Barbieri v. JCBG, Inc.<br>CAM-L-677-14 | Personal injury<br>claim | Superior Court of<br>NJ<br>Camden County | Unknown at this<br>time |
| Yvonne Johnson v. JCBG, INC.<br>CAM-L-5342-12 | Personal injury<br>claim | Superior Court of<br>NJ<br>Camden County | Unknown at this<br>time |

NONE
⌈X⌉ 04B SUITS AND ADMINISTRATIVE PROCEEDINGS EXECUTION GARNISHMENTS AND ATTACHMENTS

Describe all property that has been attached garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
⌈X⌉ 05 REPOSSESSIONS FORECLOSURES AND RETURNS

List all property that has been repossessed by a creditor sold at a foreclosure sale transferred through a deed in lieu of foreclosure or returned to the seller within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
⌈X⌉ 06A ASSIGNMENTS AND RECEIVERSHIPS

Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
X

## 06B ASSIGNMENTS AND RECEIVERSHIPS

List all property which has been in the ands of a custodian receiver or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed unless spouses are separated and a joint petition is not filed.)

NONE
X

## 07 GIFTS

7List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
X

## 08 LOSSES

List all losses from fire theft other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
X

## 09 PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY

List all payments made or property transferred by or on behalf of the debtor to any persons including attorneys for consultation concerning debt consolidation relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

NONE
X

## 10A OTHER TRANSFERS

List all other property other than property transferred in the ordinary course of the business or financial affairs of the debtor transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
|X|  10B OTHER TRANSFERS

List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

NONE
|X|  11 CLOSED FINANCIAL ACCOUNTS

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed sold or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking savings or other financial accounts certificates of deposit or other instruments; shares and share accounts held in banks credit unions pension funds cooperatives associations brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
|X|  12 SAFE DEPOSIT BOX

List each safe deposit or other box or depository in which the debtor has or had securities, cash or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
|X|  13 SETOFFS

List all setoffs made by any creditor including a bank against a debt or deposit of the debtor within 90 days preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X|  14 PROPERTY HELD FOR ANOTHER PERSON

List all property owned by another person that the debtor holds or controls.

 NONE
X

## 15 PRIOR ADDRESS OF DEBTOR

If debtor has moved within three years immediately preceding the commencement of this case list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed report also any separate address of either spouse.

NONE
X

## 16 SPOUSES AND FORMER SPOUSES

If the debtor resides or resided in a community property state commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NONE
X

## 17A ENVIRONMENTAL INFORMATION

List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice and if known the Environmental Law:

NONE
X

## 17B ENVIRONMENTAL INFORMATION

List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

NONE
X

## 17C ENVIRONMENTAL INFORMATION

List all judicial or administrative proceedings including settlements or orders under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding and the docket number.

## 18A NATURE LOCATION AND NAME OF BUSINESS

If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner or managing executive of a corporation, partner in a partnership, sole proprietor or was self-employed in a trade, profession or other activity either full-or part-time within six years immediately preceding the commencement of this case or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case. List the names addresses taxpayer identification numbers nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.List the names addresses taxpayer identification numbers nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all business in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the busiinesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| Tax ID# | NAME | BEGINNING AND ENDING DATES | ADDRESS | NATURE OF BUSINESS ADDRESS |
|---|---|---|---|---|
| 22-2193575 | Coastline Restaurant | Still operating | 1240 Brace Road Cherry Hill, NJ | Restaurant and night club |

 18B NATURE LOCATION AND NAME OF BUSINESS

Identify any business listed in response to subdivision a. ,above, that is "single asset real estate" as defined in 11 U.S.C. Sec. 101.

3087  Equity security holders list,
chapter 11, 12-95, W

**UNITED STATES BANKRUPTCY COURT**                **DISTRICT OF** New Jersey

In re:  JCBG INCORPORATED                         Debtor(s)   Case No.                         (if known)

**LIST OF EQUITY SECURITY HOLDERS**

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OF PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Dawn Mourtos,<br>c/o Coastline Restaurant<br>1240 Brace Road<br>Cherry Hill, NJ  08002 | Common | | |

Form B4W (12/07)

**Blumberg**Excelsior, Inc., Publisher, NYC 10013

## UNITED STATES BANKRUPTCY COURT

JCBG INCORPORATED

**DISTRICT OF**   New Jersey

Debtor(s)   Case No.

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P.1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM. | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc) | (4) C U S D | (5) AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|
| Investors Bank 101 JKF Parkway Short Hills, NJ  07078 | | Bank Loan | | 275,613.71 |
| Rachel Corey c/o Kearney, Campbell&Burns 210 White Horse Pike Haddon Heights, NJ  08035 | Per | Personal injury claim | C D | 135,000.00 |
| NJ Division of Taxation 50 Barrack Street P.O. Box 245 Trenton, NJ  08695-0245 | | Taxes | | 85,000.00 |
| Helena Balis 18 Lance Court Mullica hill, NJ  08062 | | Loan | | 50,000.00 |
| Linda Stokes c/o Brown Novick & McKinley 38 North Broad Street Woodbury, NJ  08096 | | Personal injury claim | | 40,000.00 |
| U.S. Foods 300 Berkeley Drive Swedesboro, NJ  08085 | | Food vendor | | 32,611.36 |
| NJ American Water Box 371331 Pittsburgh, PA  15250 | | Supplier of Water | | 27,275.54 |
| PSE&G PO Box 1444 New Brunswick, NJ  089067 | | Gas and electric utility | | 19,820.16 |
| Sysco Phil., LLC 600 Packer Avenue Philadelphia, PA  19148 | | Food vendor | | 17,576.47 |
| Allied Business 901 Pleasant Valley Road Mount Laurel, NJ  08054 | | Food vendor | | 16,502.15 |

"(4) C U D S"  If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.      * Value of secured portion of claim

Form B4W (12/07)

**Blumberg**Excelsior, Inc., Publisher, NYC 10013

## UNITED STATES BANKRUPTCY COURT

JCBG INCORPORATED

**DISTRICT OF**  New Jersey

Debtor(s)    Case No.

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P.1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM. | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc) | (4) C U S D | (5) AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|
| Cedar Farms 2100 Hornig Road Philadelphia, PA  19116 | | Food vendor | | 16,143.69 |
| George Katsikas 101 Stephen Drive Cinnminson, NJ  08077 | | Food vendor | | 15,000.00 |
| Penn Jersey Paper Co. PO Box 820974 Philadelphia, PA  19182 | | Paper supplier | | 12,768.22 |
| Kent/McBride 1040 Kings Highway North Suite 600 Cherry Hill, NJ  08034 | | Attorneys | | 11,751.07 |
| Bolan Jahnsen Dacey 830 Broad Street, Suite 4 Shrewsbury, NJ  07702 | | Attorneys | | 8,777.20 |
| 1IHeartMedia Philadelphia PA 5529 Collectionls Center Dri Chicago, IL  60693 | | | | 8,700.00 |
| Malapero Prisco Lauber & Lic 61 South Paramus Road Suite 280 Paramus, NJ 07652 | | Attorneys | | 8,255.11 |
| Performance PFG 301 Heron Drive Swedesboro, NJ  08085 | | | | 7,978.06 |
| Hy Point Dairys 425 Beaver Road Valley Wilmington, DE  19803 | | Food vendor | | 5,866.56 |
| Pepsi Cola PO Box 403684 Atlanta, GA  30384 | | Food vendor | | 5,729.34 |

"(4) C U D S"  If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.     * Value of secured portion of claim

 Form B4W (12/07)                    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

JCBG INCORPORATED                              Debtor(s)    Case No.


# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## SIGNATURE PAGE


Date: 06/30/2015                    /s/ Dawn Mourtos
                                    Debtor

Date: 06/30/2015                    _____
                                    Co-debtor

3092 - Verification of Creditor Matrix. 12/95  **Blumberg** Excelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT

### DISTRICT OF New Jersey

In re: JCBG INCORPORATED

                                    Case No.

                     Debtor(s)

                                    Chapter   11

# VERIFICATION OF CREDITOR MATRIX

The above-named debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Dated: _____

Debtor  /s/ Dawn Mourtos _____
       JCBG INCORPORATED

Debtor  _____

Unsworn Declaration SFA    (04/13)    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: JCBG INCORPORATED

Debtor(s)  Case No.                    (if known)

# DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS

### DECLARATION UNDER PENALTY OF PERJURY

(If completed by an individual or individual and spouse) I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date

Signature /s/ Dawn Mourtos

JCBG INCORPORATED

Date

Signature

(if joint case, both spouses must sign.)

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. §110)

Printed or Typed Name of Bankruptcy Petition Preparer          Social Security Number
(Required by U.S.C.§110(c)).

Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets confirming to the appropriate Official Form for each person.

X_____          _____

Signature of Bankruptcy Petition Preparer                    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the corporation                                        (the president or other officer or an authorized agent of the corporation or a
member or an authorized agent of the partnership) of the                              (corporation or partnership)
named as debtor in this case, declare under penalty of perjury that I have read the foregoing statement of financial affairs, consisting of
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Continuation sheets attached

Date 06/30/2015

Signature President

President

(Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporatoin must indicate position or relationship to debtor.)

### PENALTY FOR MAKING A FALSE STATEMENT OR CONCEALING PROPERTY
Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. §152 and
3571.



Form B6 Cont. (12-07)                    **Blumberg** Excelsior, Inc., Publisher, NYC 10013

In re:    JCBG INCORPORATED

Debtor(s)    Case No.                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __26__ sheets, and
that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 2.)

Date_____        Signature _/s/ Dawn Mourtos_____
                                    JCBG INCORPORATED                    Debtor

Date_____        Signature_____
                                                        (Joint Debtor, if any)

*(If joint case, both spouses must sign.)*

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See U.S.C. §110.)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. §110; (2) I prepared this
document for compensation and have provided the debtor with a copy of this document and the notices and information required
under 11 U.S.C. §§110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C.
§110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the
maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that
section.

Print or Type Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by
                                                                            11 U.S.C. §110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the
officer, principal, responsible person, or partner who signs this document.*

Address:

X_____        _____
    Signature of Bankruptcy Petition Preparer                        Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document, unless the
bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person*

**A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in
fines or imprisonment or both.  11 U.S.C. §110; 18 U.S.C. §156.**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the    President                    [the president or other officer or an authorized agent of the corporation
or a member or an authorized agent of the partnership] of the                    [corporation or partnership]
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
26          sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date  6/30/15                    Signature    President _____

(Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years
or both. 18 U.S.C. §§ 152 and 3571.

B6 Cover (Form 6 Cover) (12/07)   **Blumberg**Excelsior, Inc., Publisher, NYC 10013

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Property Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I  -  Current Income of Individual Debtor(s)
Schedule J -  Current Expenditures of Individual Debtor(s)

Unsworn Declaration Under Penalty of Purjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of
any amendments thereto must contain a caption as in Form 16B.  Subsequent pages should be
identified with the debtor's name and case number.  If the schedules are filed with the petition,
the case number should be left blank.

Schedules D, E, and F have been designated for the listing of each claim only once.  Even
when a claim is secured only in part or entitled to priority only in part, it still should be listed
only once.
A claim which is secured in whole or in part should be listed on Schedule D only, and a claim
which is entitled to priority in whole or in part should be listed on Schedule E only.  Do not
list the same claim twice.  If a creditor has more than one claim, such as claims arising from
seperate transactions, each claim should be scheduled separtely.

Review the specific instructions for each schedule before completing the schedule.

1IHeartMedia Philadelphia PA

5529 Collectionls Center Dri
Chicago, IL  60693

A. Esposito, Inc.

PO Box 2421
Philadelphia, PA  19147

AT&T

PO Box 105068
Atlanta, GA  30348-5068


Allied Business

901 Pleasant Valley Road
Mount Laurel, NJ  08054

American Classic

1301 Tuckahoe Road
Woodbine, NJ  08270

Aqua Products

2703 River Road
PO Box 231
Cinnaminson, NJ  08077


Baker's Perfection

198 Green Pond Road
Rockaway, NJ  07866

Bolan Jahnsen Dacey

830 Broad Street, Suite 4
Shrewsbury, NJ  07702

Brown Novick & McKinley

38 North Broad Street
Woodbury, NJ  08096


Carbons Golden Malted

4101 William Richardson Dr.
Southbend, IN  46628

Carla Jones

c/o Gordon & Weinberg
1001 East Hector Street
Suite 220
Conshohocken, PA  19428

Cedar Farms

2100 Hornig Road
Philadelphia, PA  19116


Chanin Ward

423 S. Morton Avenue
Rutledge, PA  19070

Classic Dessert Co.

PO Box 179
Eastampton, NJ  08060

Confires

910 Oak Tree Avenue
Suite J
South Plainfield, NJ  078080


Cosmic Spice

525 Southwest Boulevard
Buena, NJ  08310

Courier Post

301 Cuthbert Boulevard
PO Box 5300
Cherry Hill, NJ  08002

Dawn Mourtos

265 Jackson Road
Medford, NJ  08055


Del Buono's Bakery

319 Black Horse Pike
Haddon Heights, NJ  08035

Eleni Schujas

c/oCharles H. Nugent, Jr., E
South Crossing Office Condo
530 Lippincot Drvie, Bldg E
Marlton, NJ  08053

Federal Wine & Liquor Co

PO Box 651
Basking Ridge, NJ 07920


George Katsikas

101 Stephen Drive
Cinnminson, NJ  08077

Helena Balis

18 Lance Court
Mullica hill, NJ  08062

Hy Point Dairys

425 Beaver Road Valley
Wilmington, DE  19803


Independent Alarm

7215 Maple Avenue
Pennsauken, NJ  08109

Investors Bank

101 JKF Parkway
Short Hills, NJ  07078

Island Oasis

PO Box 846186
Boston, MA  02284

John D. Benson, Esquire

Sirlin Lesser & Benson
123 S. Broad Street
Philadelphia, PA  19109


Konrad

1320 Hurffville Road
PO Box 5396
Deptford, NJ  08096


Linda Stokes

c/o Brown Novick & McKinley
38 North Broad Street
Woodbury, NJ  08096


Myers Commercial Refrigerato

22 West Lake Drive
Medford, NJ  08055


NJ Division of Taxation

50 Barrack Street
P.O. Box 245
Trenton, NJ  08695-0245


PSE&G

PO Box 1444
New Brunswick, NJ  089067


Pepsi Cola

PO Box 403684
Atlanta, GA  30384


Philadelphia Water Ice.

8354-58 State Road
Philadelphia, PA  19136


Samuel & Son Seafood

3400 S. Lawrence Street
Philadelphia, PA  19148


John D. Cranmer, Esquire

First Montgomery Group
78 East Main Street
Marlton, NJ  08053


Kramer Beer

PO Box 470
Hammonton, NJ  08037


Malapero Prisco Lauber & Lic

61 South Paramus Road
Suite 280
Paramus, NJ 07652


NJ American Water

Box 371331
Pittsburgh, PA  15250


Olympic Payroll

64 US Highway 46
Pinebrook, NJ  07058


Parke Bank

601 Delsea Drive
Sewell, NJ  08080


Performance PFG

301 Heron Drive
Swedesboro, NJ  08085


Rachel Corey

c/o Kearney, Campbell&Burns
210 White Horse Pike
Haddon Heights, NJ  08035


Sanitary Linen Supply

1100 6th Avenue
Neptune, NJ  07753


Kent/McBride

1040 Kings Highway North
Suite 600
Cherry Hill, NJ  08034


Lacas Coffee

7950 National Highway
Pennsauken, NJ  08110


Message Rewards.Com

123 Bridgeton Pike #772
Mullica Hill, NJ  08062


NJ Attorney General's Office

Division of Law
P.O. Box 112
Trenton, NJ  08625


Orkin Pest control

100  Dobbs Lane, NW
Suite 207
Cherry Hill, NJ  08034


Penn Jersey Paper Co.

PO Box 820974
Philadelphia, PA  19182


Philadelphia Extract

4124 Blanche Road
Bensalem, PA  19020


Rockland Bakery

425 37th Street
Pennsauken, NJ  08110


Sesac Inc.

55 Music Saqure
East Nashville, TN  37203

State of New Jersey

Division of Employer Account
PO Box 379
Trenton, NJ  08625

Sysco Phil., LLC

600 Packer Avenue
Philadelphia, PA  19148

Township of Cherry Hill

820 Mercer Street
Cherry Hill, NJ  08002

U.S. Foods

300 Berkeley Drive
Swedesboro, NJ  08085

Verizon

PO Box 4833
Trenton, NJ  08650

Villeco Menu Service

100 Gaither Drive, Suite C
Mount Laurel, NJ  08054

Wanda Barbieri

c/o Spear Greenfield&Richman
10,000 Lincoln Drive East
One Greentree Centre

Warren Distributors

200 S. Route 73
Blue Anchor, NJ  08037

Waste Management

PO Box 43470
Phoenix, AZ  85080

Yvonne Johnson

c/o Barry, McTiernan& Weding
1024 Amboy Avenue
Edison, NJ  08837

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** New Jersey

_____

JCBG INCORPORATED

In re

|                          | Case No:       |
|--------------------------|----------------|
|                          | Chapter  11    |

Debtor(s)

_____

**DECLARATION RE: ELECTRONIC FILING**

**PART 1--DECLARATION OF PETITIONER(S):**

I (We) JCBG INCORPORATED and  the undersigned debtor(s), hereby declare under penalty
of perjury, the information I (we) have given my (our) attorney and the information provided in the
electronically filed petition is true and correct.  I (We) consent to my (our) attorney sending my (our)
petition, and the accompanying statements and schedules to the United States Trustees.  I (We)
understand that failure to provide the trustee with the signed original of this Declaration Re: Electronic
Filing within 15 days following the date the petition was electronically filed will cause my (our) case to
be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

Dated:

Signed: /s/ Dawn Mourtos
_____

**PART II--DECLARATION OF ATTORNEY:**

I declare under penalty of perjury that I have reviewed the above debtor(s) petition, schedules and
statements, and to the best of my knowledge and belief, they are true, correct, and complete.  The
debtor(s) will have signed this form before I file the petition, schedules and statements.  I will give the
debtor(s) a copy of all forms and information to be filed with the United States Bankruptcy Court, and I
will send copies of this declaration, the petition, schedules and statements to the trustee appointed in this
case and to the United States Trustee.  This declaration is based upon all information of which I have
knowledge.

Dated:

Signed: /s/ Dino S. Mantzas
_____
Attorney for Debtor(s)